■ LOUIS PRICE PAPER CO., INC., Appellant, v FEDERATION EMPLOYMENT AND GUIDANCE SERVICE, INC., Respondent. [622 NYS2d 411] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on May 31, 1994, unanimously affirmed for the reasons stated by Shainswit, J., with costs and

disbursements. No opinion. Concur—Murphy, P. J., Rosenberger, Ross, Asch and Nardelli, JJ.